FILED
17-0984
12/21/2017 5:33 PM
tex-21448986
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

NO. 17-0984

IN THE
SUPREME COURT
OF TEXAS

IN THE INTEREST OF C.J.L., CHILD

From the First Court of Appeals;
Court of Appeals Cause No. 01-17-00283-CV

Trial Court No. 2016-02236J in the
314th District Court in Harris County, Texas

TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES'
WAIVER OF RESPONSE TO PETITION FOR REVIEW

TO THE HONORABLE JUSTICES OF THE SUPREME COURT:

Pursuant to Rule 53.3 of the Texas Rules of Appellate Procedure, Respondent Texas Department of Family & Protective Services (the "Department") waives its right to respond to the Petition for Review filed in this proceeding. However, the Department reserves the right to file a response to the petition for review should this Court request a response.

1

Respectfully submitted,

 _/s/ Michael R. Hull_____

OF COUNSEL:                    MICHAEL R. HULL
VINCE RYAN                     Senior Assistant County Attorney
                               State Bar No. 24003733
County Attorney                1019 Congress, 15th Floor
Harris County, Texas           Houston, Texas  77002
                               (713) 274-5138 (telephone)
                               (713) 437-4700 (facsimile)
                               michael.hull@cao.hctx.net (e-mail)

                               ATTORNEY FOR RESPONDENT
                               TEXAS DEPARTMENT OF FAMILY
                               & PROTECTIVE SERVICES

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2017, a true and correct copy of the foregoing, *Respondent Texas Department of Family & Protective Services' Waiver of Response to Petition for Review*, was delivered via electronic service, facsimile, e-mail, certified mail, return-receipt requested, or hand-delivery, to the following:

**Counsel for Petitioner J.W.L.:**
Donald M. Crane
CRANE LANE LLP
810 S. Mason Rd., Ste. 350
Katy, Texas 77450
(281) 392-5383 (facsimile)
donmcrane@gmail.com (e-mail)

**Attorney Ad Litem for Child C.J.L.:**
Michael F. Craig
1533 W. Alabama St., Ste. 100
Houston, Texas 77006
**cps@burlesoncraig.com**

　　　　　　　　　　　　　　　　*/s/ Michael R. Hull*
　　　　　　　　　　　　　　　　MICHAEL R. HULL
　　　　　　　　　　　　　　　　Senior Assistant County Attorney